

**FILED**

JUN 2 7 2017

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-89-BLG-SPW |
| Plaintiff, | CR 16-90-BLG-SPW |
| vs. | ORDER |
| FRANCIS PALMER, | |
| Defendant. | |

Upon the Defendant's Unopposed Motions for Early Termination of Supervision (CR 16-89 Doc. 6; CR 16-90 Doc. 6), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motions are GRANTED. Francis Palmer's supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 27th day of June, 2017.

SUSAN P. WATTERS
United States District Judge